EDWARD UFER, Respondent, *v.* FREDERICK HOLLANDER et al., Appellants.

(Argued October 8, 1890 ; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made the first Monday of March, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court, and affirmed an order denying a motion for a new trial.

*John E. Brodsky* for appellants.

*J. A. Shoudy* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

THE PARIS HILL MANUFACTURING COMPANY, Respondent, *v.* GEORGE P. SHELDON, as Assignee, etc., Appellant.

(Argued October 9, 1890 ; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 23, 1888, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Robert Sewell* for appellant.

*Charles T. Haviland* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.